**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARGARITA M. AGUDELO,**

          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　**Case No.  6:10-cv-682-Orl-28DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

          **Defendant.**
_____

# ORDER

This case is before the Court on review of the Commissioner of Social Security's decision to deny Plaintiff's application for a period of disability, disability insurance benefits, and Supplemental Security Income.  The United States Magistrate Judge has submitted a report recommending that the decision be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.　That the Report and Recommendation filed April 8, 2011 (Doc. No. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.　The decision of the Commissioner of Social Security is **AFFIRMED**.

    3.　The Clerk of the Court is directed to enter judgment in accordance with this Order and to thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___3rd___ day of May, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge